# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 139 MAL 2016

          Respondent     :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

          v.          :

ADAMIS ARIAS,          :

          Petitioner     :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.